UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 07-80697-CIV-MARRA/JOHNSON


J. TERRY GELSOMINO,

     Plaintiff,

v.

HORIZON UNLIMITED, INC.; PAUL
ARRAY; and MARDALE R. ARRAY,

     Defendants.

_____/

## <u>ORDER GRANTING MOTION FOR DEFAULT FINAL JUDGMENT<br>AS TO DEFENDANT HORIZON UNLIMITED, INC.</u>

THIS CAUSE comes before the Court on Plaintiff's Motion for Entry of Default Final

Judgment (DE 10/12/13), filed November 28, 2008.  On February 21, 2008, the Court denied this

motion as to Defendant Mardale Array and abated this motion as to Horizon Unlimited, Inc.  As

part of that Order, the Court directed Horizon Unlimited, Inc., to have counsel appear before this

Court within twenty (20) days.  Horizon Unlimited, Inc.'s new counsel was then to have an

additional ten (10) days to file a motion to vacate the Clerk's entry of default.

To date, counsel has not appeared on behalf of Horizon Unlimited, Inc.  After waiting

several months (well beyond the time that Horizon Unlimited, Inc., was granted to comply with

the Court's order), the Court issued an Order to Show Cause why default judgment should not be

entered.  (DE 38.)  The response to that Order was due September 1, 2008; Horizon Unlimited,

Inc., did not respond.  Instead, David Hutchison, Esq., filed a Motion for Enlargement of Time

1

on September 2, 2008.  (DE 39).  Mr. Hutchison states that he is not authorized to represent

Horizon Unlimited, Inc., but instead he is acting as a "liason" between Horizon Unlimited and its

counsel.  Mr. Hutchison seeks an extension of time to allow Horizon Unlimited's counsel to

apply for *pro hac vice* admission to this Court.  Nevertheless, Mr. Hutchison did not show cause

on Horizon Unlimited's behalf why default judgment should not be entered.

     Horizon Unlimited has had nearly seven months to secure counsel and to have that

counsel admitted to the bar of this Court.  This continued delay is unacceptable.  The Court has

twice warned Horizon Unlimited that it would face default judgment if it failed to comply with

the Court's orders.  Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for

Entry of Default Final Judgment (DE 10/12/13) is **GRANTED** as to Defendant Horizon

Unlimited, Inc.  Plaintiff is **ORDERED** to submit a new proposed final judgment with respect to

Horizon Unlimited, Inc., within ten (10) days from the date of entry of this order.

     **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 9th day of September, 2008.

                 KENNETH A. MARRA
                 United States District Court

Copies to:
all counsel of record
Paul Array, *pro se*
Mardale Array, *pro se*
Horizon Unlimited, Inc.

2